### WILKES v. ROGERS, 5 J. R. 566.

Not reported in court below.

#### Practice ; Exceptions to Master's Report.

THE Court of Errors held, that an exception to the report of a master, the party objecting must specifically point out the error.

And they held, therefore, that where the court below had set aside a master's report upon matters to which exceptions were not taken, and required further proof, that the order was erroneous, and could not be made even in a case where infants were concerned, if they have a guardian to protect their rights, and the order was *reversed* accordingly.